# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 622 |
| | : | |
| ORDER  AMENDING RULES | : | CIVIL PROCEDURAL RULES |
| 1920.17, 1920.31, 1920.33, | : | |
| 1920.42, 1920.54, 1920.55-2, | : | DOCKET |
| 1920.71, 1920.72 AND 1920.75 OF | : | |
| THE PENNSYLVANIA RULES OF | : | |
| CIVIL PROCEDURE | : | |

## AMENDED ORDER

**PER CURIAM**

     **AND NOW**, this 6th day of May, 2015, upon the recommendation of the Domestic Relations Procedural Rules Committee; the proposal having been published for public comment in the *Pennsylvania Bulletin*, 43 Pa.B. 7244 (December 14, 2013) and republished for additional comment in the *Pennsylvania Bulletin*, 44 Pa.B. 4165 (July 5, 2014):

     **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 1920.17, 1920.31, 1920.33, 1920.42, 1920.54, 1920.55-2, 1920.71, 1920.72 and 1920.75 of the Pennsylvania Rules of Civil Procedure are amended in the attached form.

     This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on July 1, 2015.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.